```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**KATHRYN WEDGEWORTH**                                          PLAINTIFF

         v.              Civil No. 06-3013

**BAXTER HEALTHCARE CORP.**                                      DEFENDANT

<u>O R D E R</u>

Now on this 12th day of January, 2007, comes on for consideration the parties' **Joint Motion For Dismissal With Prejudice** (document #52), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted,** and this matter is **dismissed with prejudice**. Each party shall bear its own costs and attorney's fees, and the Court will retain jurisdiction over the matter for sixty days for the purpose of enforcing the settlement agreement between the parties.

**IT IS SO ORDERED.**

                                             /s/Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**